## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| 1400 MARKET STREET, LLC | : | No. 747 MAL 2015 |
| | : | |
| v. | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| FOX FUNDING, LLC, FOX FUNDING PA LLC, MELO ENTERPRISES, LLC, DENNIS WASELUS AND ELSIE WASELUS, JOSEPH SINISI AND TWO RIVER COMMUNITY S/B/M THE TOWN BANK | : | |
| ------------------------------------------------- | : | |
| TWO RIVER COMMUNITY BANK S/B/M TO THE TOWN BANK | : | |
| | : | |
| v. | : | |
| | : | |
| FOX FUNDING PA LLC | : | |
| -------------------------------------------------------- | : | |
| | : | |
| MELO ENTERPRISES, LLC | : | |
| | : | |
| v. | : | |
| | : | |
| FOX FUNDING LLC, 1400 MARKET STREET, LLC | : | |
| | : | |
| PETITION OF: MELO ENTERPRISES, LLC | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.